IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. ELH-12-0003 |
| **ANTHONY GRIFFIN** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>CONSENT MOTION FOR PRETRIAL RELEASE</u>**

Anthony Griffin, through counsel, moves this Honorable Court to release him to the Gaudenzia in-patient substance abuse treatment program at Crownsville, Maryland. Assistant United States Attorney Anatoly Smolkin consents to Mr. Griffin's release.

1. On November 17, 2022, the U.S. Probation Office filed a petition on supervised release alleging that Mr. Griffin violated the terms of his supervised release by, *inter alia*, unlawfully using controlled substances and failing to participate in a substance abuse treatment program. ECF No. 76.

2. On December 1, 2022, Mr. Griffin reported to the U.S. Probation Office, at which time he was arrested on the outstanding warrant for the violation petition. An initial appearance was held on the same day.

3. On December 5, 2022, Mr. Griffin appeared before the Court for a detention hearing, at which time he requested that he be released to the long-term in-patient substance abuse treatment program at Gaudenzia. After confirming the requirements of the program, and with the additional agreed-upon condition that Mr. Griffin would be restricted to Gaudenzia at all times, the government consented to Mr. Griffin's release.

   However, at that point defense counsel was unable to confirm that an in-patient bed was still available at the proposed facility.

4. Undersigned counsel has now confirmed that the Gaudenzia facility in Crownsville, Maryland, will accept Mr. Griffin into their long-term in-patient treatment program. Mr. Griffin will be able to remain a patient in their in-patient program for at least 90 days and may be able to extend his participation in their in-patient program an additional 90 days.

5. With the government's consent, Mr. Griffin respectfully requests that he be released to the Gaudenzia in-patient program, and that he be ordered to participate in the in-patient program for at least 90 days, and that he is further ordered to participate in the in-patient program for an additional 90 days (totaling 180 days), if directed to do so by probation and provided the facility can accommodate him for an additional 90 days. He further agrees to abide by the additional condition that he remain at the facility at all times, with approval to leave only for medical purposes, court appearances, and other activities specifically approved by the Court.

**WHEREFORE**, Mr. Griffin respectfully requests that he be released to the Gaudenzia in-patient substance abuse treatment program at Crownsville, Maryland.

                                        Respectfully submitted,


                                        JAMES WYDA
                                        Federal Public Defender
                                        for the District of Maryland

                                              /s/
                                        _____
                                        Meghan Michael (# 811137)
                                        Assistant Federal Public Defender

100 S. Charles St., Tower II, Ninth Fl.
Baltimore, MD 21201
(410) 962-3962 (p)
(410) 962-3976 (f)
Email: meghan_michael@fd.org